# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6692 | **DATE** | 12/31/2008 |
| **CASE TITLE** | ABC BUSINESS FORMS, INC. vs. K.B.'Z EATERY, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Pursuant to plaintiff's acceptance of offer of judgement, judgment is entered for plaintiff ABC Business Forms, Inc. and against defendants K.B.'Z Eatery, Inc., d/b/a Camille's Sidewalk Café in the amount of $1,001.00. Defendants John Does 1-10 are dismissed. All previously set dates are vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|