# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| ABC BUSINESS FORMS, INC. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 6692 |
| K.B.'Z EATERY, INC., d/b/a CAMILLE'S SIDEWALK CAFE | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for plaintiff ABC Business Forms, Inc. and against defendants K.B.'Z Eatery, Inc., d/b/a Camille's Sidewalk Café in the amount of $1,001.00. Defendants John Does 1-10 are dismissed.

Michael W. Dobbins, Clerk of Court

Date: 12/31/2008

/s/ Willia Harmon, Deputy Clerk